IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01524-REB-BNB

CRAIG D. FOUTZ,

Plaintiff,

v.

STERLING CONSTRUCTION MANAGEMENT, LLC, a Wyoming limited liability company, and
STERLING CONSTRUCTION COMPANY, a Colorado corporation,

Defendants.
_____

## ORDER
_____

This matter is before me on the following:

(1) **Defendants' Memorandum In Support of Motion to Compel Discovery** [Doc. # 20, filed 12/17/2007] (the "Motion to Compel"); and

(2) **Defendants' Motion to Revise and Extend Certain Deadlines in the Scheduling Order** [Doc. # 21, filed 12/17/2007] (the "Motion for Extension").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART, as follows:

GRANTED to require the plaintiff to execute releases of medical information in a form acceptable to the defendants for medical records from all Veterans Affairs doctors and all

other doctors and medical providers who have treated or seen the plaintiff from January 1, 1998, to the present;

GRANTED to require the plaintiff to execute a release for tax returns and related documents filed with the Internal Revenue Service for tax years 2004 to the present; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the plaintiff shall cause executed releases to be delivered to counsel for the defendant on or before 12:00 noon on January 25, 2008.

IT IS FURTHER ORDERED that the Motion for Extension is GRANTED, and the case schedule is modified to the following extent:

Discovery Cut-Off: **July 25, 2008**

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

Dispositive Motions Deadline: **July 25, 2008**

Final Pretrial Conference: The final pretrial conference set for May 12, 2008 at 9:00 a.m. is VACATED and RESET to **August 26, 2008, at 9:30 a.m.**. A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **August 19, 2008**.

Dated January 15, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge