IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01524-REB-BNB

CRAIG D. FOUTZ,

Plaintiff,

v.

STERLING CONSTRUCTION MANAGEMENT, LLC, a Wyoming limited liability company,
and
STERLING CONSTRUCTION COMPANY, a Colorado corporation,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit a revised final pretrial order, modified as discussed this morning, on or before **September 5, 2008**.

IT IS FURTHER ORDERED that copies of listed exhibits must be provided to opposing counsel no later than **September 12, 2008**, and the objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the clerk and served by hand delivery or facsimile no later than **September 23, 2008**.

Dated August 26, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge